No. 974. UNITED STATES *v.* AGIUS. C. A. 5th Cir. Motion of respondent to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States. 

No. 1080. JONES *v.* GIERACH. Sup. Ct. Ill. Motion to dispense with printing petition granted. Certiorari denied.

No. 1104. IN RE MACKAY. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 237, Misc. MOSES *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 306, Misc. STEVENS *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Robert F. Katz,* Deputy Attorney General, for respondent.

No. 499, Misc. COMMANDER *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Marilyn Mayer Moffett,* Deputy Attorney General, for respondent.